UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUZANNE M. TITUS,<br><br>Plaintiff,<br><br>v.<br><br>MOON AREA SCHOOL DISTRICT,<br><br>Defendant. | )<br>)<br>)<br>)  Civil Action No. 06-0074<br>)<br>)  The Honorable Donetta W. Ambrose<br>)<br>)<br>)<br>)<br>) |

ORDER OF COURT

AND NOW to-wit, this 11th day of Oct, 2007, it is hereby ORDERED ADJUDGED and DECREED as follows:

The claims asserted among plaintiff and defendants are dismissed, with prejudice.

This Court retains jurisdiction for purpose of enforcement of the Settlement Agreement among the parties.

BY THE COURT:

*Donetta W. Ambrose*
Donetta W. Ambrose
Chief Judge